AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHEAL OSHEY WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 323-044

SHERIFF SIM DAVIDSON,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 23, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief may be granted. This civil action stands closed.



| | | |
|---|---|---|
| August 23, 2023 | | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | /s/Candy Asbell |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020