FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2023 OCT 18 P 2: 55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MICHAEL OSHEY WILLIAMS,            )
                                   )
    Plaintiff- Appellant,          )
                                   )  CASE NO.    3:23-cv-44
v.                                 )
                                   )  Appeal No. 23-13136-H
SHERIFF, TELFAIR COUNTY GEORGIA,   )
                                   )
    Defendants - Appellees.        )
                                   )

O R D E R

The appeal in the above-styled action having been dismissed for failure to prosecute by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___18th___ day of OCTOBER, 2023.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA